UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Patrick Knudt Andersen and<br>Sharon Jean Andersen,<br>Debtors. | ) Case No. 25-20977 - B - 7<br>) Docket Control No. DNL-2<br>) Document No. 35<br>) Date: 07/08/2025<br>) Time: 11:00 AM<br>) Dept: B |

**Order**

Default having been entered against any party entitled to oppose this motion and good cause appearing.

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is GRANTED, and the settlement agreement attached to Exhibit A, Dckt. No. 38 is approved. Resolved without oral argument.

**Dated:** July 09, 2025

**Christopher D. Jaime, Judge**
**United States Bankruptcy Court**

[35] - Motion/Application to Compromise Controversy/Approve Settlement Agreement with Geoffrey M. Richards [DNL-2] Filed by Trustee Ethan J. Birnberg (svim)