**2**

**J. RUSSELL CUNNINGHAM, SBN 130578**
**TALVINDER S. BAMBHRA, SBN 230907**
**BENJAMIN C. TAGERT, SBN 330242**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Ethan J. Birnberg
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>PATRICK KNUDT ANDERSEN, and<br><br>SHARON JEAN ANDERSEN,<br><br>Debtors. | Case No. 25-20977-B-7<br>Chapter 7<br><br>DNL-2 |

**NOTICE OF ENTRY OF ORDER**

NOTICE IS HEREBY GIVEN that the above-entitled court duly made and entered an ORDER GRANTING MOTION TO APPROVE INTER-ESTATE AGREEMENT on July 9, 2025, a copy of which is attached hereto and incorporated herein.

Dated: July 28, 2025

**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

By: /s/ J. RUSSELL CUNNINGHAM
**J. RUSSELL CUNNINGHAM,**
Attorneys for ETHAN BIRNBERG
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Patrick Knudt Andersen and<br>Sharon Jean Andersen,<br>Debtors. | ) Case No. 25-20977 - B - 7<br>) Docket Control No. DNL-2<br>) Document No. 35<br>) Date: 07/08/2025<br>) Time: 11:00 AM<br>) Dept: B |

**Order**

Default having been entered against any party entitled to oppose this motion and good cause appearing.

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is GRANTED, and the settlement agreement attached to Exhibit A, Dckt. No. 38 is approved. Resolved without oral argument.

**Dated:** July 09, 2025

**Christopher D. Jaime, Judge**
**United States Bankruptcy Court**

[35] - Motion/Application to Compromise Controversy/Approve Settlement Agreement with Geoffrey M. Richards [DNL-2] Filed by Trustee Ethan J. Birnberg (svim)